**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DIAMOND STATE INSURANCE
COMPANY,

       Plaintiff,

v.                                                     CASE NO. 3:06-cv-382-J-25HTS

EDMUND J. WOOD, as Trustee
for the Bankruptcy Estate
of ETALCO, INC., and NORTH
FLORIDA TRANSPORTATION
COMPANY, INC.,

       Defendants.
_____

WESTERN WORLD INSURANCE
COMPANY,

       Plaintiff,

v.                                                     CASE NO. 3:06-cv-716-J-25HTS

EDMUND J. WOOD, as Trustee
for the Bankruptcy Estate
of ETALCO, INC., and NORTH
FLORIDA TRANSPORTATION
COMPANY, INC.,

       Defendants.
_____

**O R D E R**

This cause is before the Court on Diamond State Insurance Company's Motion for Stay (Doc. #20) and Plaintiff Western World Insurance Company's Motion to Stay (Doc. #22) (collectively,

Motions to Stay).  A telephonic hearing in regard to the Motions to Stay was conducted this date.  For the reasons stated at the hearing, the Motions to Stay (Docs. ##20, 22) are **GRANTED** and the depositions scheduled for December 8, 2006, *see* Notice of Taking Deposition Duces Tecum of Corporate Representative of Diamond State Insurance Company, and Notice of Taking Deposition Duces Tecum of Corporate Representative of Western World Insurance Company, attached to the respective Motions to Stay as Exhibit A, are **STAYED** pending resolution of Diamond State Insurance Company's Motion for Protective Order (Doc. #20) and Plaintiff Western World Insurance Company's Motion for Protective Order (Doc. #22) (collectively, Motions for Protective Order).

Defendants shall file opposition, if any, to the Motions for Protective Order by Thursday, December 14, 2006, at 5:00 P.M.  This case is hereby **SET** for a telephonic hearing on the Motions for Protective Order on Friday, December 15, 2006, at 2:15 P.M.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of December, 2006.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
and pro se parties, if any